**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Jonathan M. GREEN, Defendant–**
**Appellant.**

**No. 13–1794.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Dec. 3, 2013.

Filed: Dec. 6, 2013.

Robert G. Kuchar, Asst. Fed. Public Defender, Kansas City, MO (Stephen C. Moss, Acting Fed. Public Defender, on the brief), for appellant.

D. Michael Green, Asst. U.S. Atty., Kansas City, MO, for appellee.

Before LOKEN, BOWMAN, and GRUENDER, Circuit Judge.

PER CURIAM.

Jonathan Green directly appeals the above-Guidelines-range sentence the district court[1] imposed after he pleaded guilty to escape from federal custody. His counsel has moved to withdraw, and has filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493

---

1. The Honorable Greg Kays, United States District Judge for the Western District of Missouri.

(1967), suggesting that the sentence is substantively unreasonable.

Upon careful review, we conclude that the district court did not impose an unreasonable sentence. *See United States v. Mangum*, 625 F.3d 466, 470 (8th Cir.2010) (upward variance is reasonable where court makes individualized assessment of 18 U.S.C. § 3553(a) factors based on facts presented, and considers defendant's proffered information). Further, having independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues.

Accordingly, we grant counsel's motion to withdraw, and we affirm the judgment of the district court.